**Opinion issued March 1, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00344-CV

———————————

**ROLAND JACKSON, Appellant/Cross-Appellee**

**V.**

**DONALD JEFFERSON, Appellee/Cross-Appellant**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1058307**

---

## MEMORANDUM OPINION

Appellant, Roland Jackson, and cross-appellant, Donald Jefferson, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE

ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified that this appeal and cross-appeal were subject to dismissal, neither appellant nor cross-appellant responded. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal and cross-appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.